Please return stamp file copy

United States District Court
Northern District of Oklahoma

Sampson P Stoneburner
PETITIONER

vs.

Case Number 21-CV-175-JED-JFJ

United States of America, ET. al.

FILED
APR 19 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## EMERGENCY
Writ of Habeas Corpus
Immediate Release of Incarceration

Comes now, the petitioner, Sampson P Stoneburner, pro-se under the liberal interpertations of Haines vs. Kerner, 92 S.CT _____, _____. (1984) and Hall vs. Bellmon, _____ P3d _____, (19__) for pro se litigates filing in Forma Paupers in District Courts

### Statement of Case

① The petitioners is currently being held at The Rogers County Jail, a temporary Federal holding

② The petitioner is being held at the temporary Federal Facility under the allegations of criminal state charges (pending or dismissed)

①

③ The petitioner is fully aware of the United States Supreme Court ruling handed down on March 5, 2021, wherein it, the court ruled that the state was/is without jurisdiction to house, charge, or sentence members of any American Indian Tribe within the borders of the Indian Territory (in short, state of Oklahoma)

④ The petitioner has/is not charged with any federal crime at this time.

⑤ The petitioner, envokes the <u>act of 1897</u> and <u>McGirt vs. Oklahoma, Ct 2452 (2020)</u>

## Relief Requested

Wherefore, the petitioner has established, with premise, that he is currently being "Illegally Detained" and denied his constitutionally protected right to be free and asks this court to set forth an order directing his release immediately, it is prayed

Respectfully Submitted

x *Samson Stoneburner*
Sampson Paul Stoneburner    pro-se



Certificate of Mailing

I, Sampson P. Stoneburner, certify that a true copy of the attached writ was mailed first class, postage paid to the address below on the 13th day of April 2021

*Sampson Stoneburner*
Sampson P. Stoneburner

United States District Court
Northern District of
Oklahoma
333 W. Fourth St. St. 411
Tulsa, Oklahoma 74103-3819

